```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :      INDICTMENT

          - v. -                 :      07 Cr. ____

MARK PRINGLE,                    :      07 CRIM 1094

               Defendant.        :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

1. On or about April 24, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 725 Co-Op City Boulevard, Bronx, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a hoax explosive device.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 04 2007

COUNT TWO

The Grand Jury charges:

2.  On or about July 6, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the Washington Mutual Bank, located at 2438 Broadway, New York, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a hoax explosive device.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

COUNT THREE

The Grand Jury charges:

3.  On or about August 28, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 1180 Third Avenue, New York, New York, the deposits of which were then insured by the FDIC, and in

committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

## COUNT FOUR

The Grand Jury further charges:

4.  On or about August 28, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Three of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, PRINGLE brandished a firearm during a robbery of the North Fork Bank, located at 1180 Third Avenue, New York, New York, on or about August 28, 2007.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## COUNT FIVE

The Grand Jury charges:

5.  On or about September 25, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody,

3

control, management, and possession of a bank, to wit, the North Fork Bank, located at 185 West 231st Street, Bronx, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

## COUNT SIX

The Grand Jury further charges:

6.  On or about September 25, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Five of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, PRINGLE brandished a firearm during a robbery of the North Fork Bank, located at 185 West 231st Street, Bronx, New York, on or about September 25, 2007.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

_____                    _____
FOREPERSON                                    MICHAEL J. GARCIA
                                              United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARK PRINGLE,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 2113(a), (d)
18 U.S.C. § 924(c))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*Post 11/87*

*FC
12/4/07*

*Indictment filed, case assigned
to Judge Pauley.*

*F. Maas, USMJ*