# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

JAN 0  2008

January 9, 2008

BY HAND

William H. Pauley, III
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-08

Re: United States v. Mark Pringle
    Crim. Dkt. 07 Cr. 01094 (WHP)

The Hon. Pauley:

I am writing to request an adjournment of the January 18, 2008 status conference on the above matter. I make this request as the parties are trying to work out a disposition on this case. Both AUSA Cronan and I are on trial, and we both need an additional two weeks to work out a disposition.

To that end, we request that the time between January 18th and the next date set by the Court be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Application Granted. Conference Adjourned
to 2-1-08 at 2:45 p.m.
SO ORDERED:

Respectfully submitted,

Sabrina P. Shroff (jm)

WILLIAM H. PAULEY III U.S.D.J.
1-10-08

CC: John Cronan, Assistant United States Attorney