# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

July 28, 2008

**BY FACSIMILE**

Honorable Judge William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   United States v. Pringle
      07 Cr. 1094 (WHP)

**MEMO ENDORSED**

Hon. Judge Pauley:

    I write to request a 30-day adjournment of Mr. Pringle's sentence date of August 22, 2008.

    I make this request as I need additional time to properly prepare for sentence. My office is in the process of gathering all the paperwork (including his long history of getting drug treatment), as well as other paperwork relevant to his sentence.

    I have spoken to AUSA Cronan and he consents to a 30-day adjournment of sentence. Thank you.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender

cc: AUSA Cronan
    Mark Pringle
    Whitney Bernstein

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED
SO ORDERED: To SEPTEMBER 19, 2008 AT 3:15 PM

7-31-08