UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                                                          :
            -against-                                        :         07 Cr. 1094 (WHP)
                                                                          :
Mark Pringle,                                              :         <u>ORDER</u>
                              Defendant.             :
---------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

   This Court grants the defendant's application for compassionate release subject to the following conditions:

1. The defendant shall be released immediately from the custody of the Bureau of Prisons to be followed by a period of 14-days of self-quarantine at his residence.

2. The defendant shall be confined to the residence approved by the Probation Office 24-hours per day except for emergency medical visits for the period of self-quarantine. Any other release from the residence must be approved by either the Probation Office or the Court upon application from defense counsel.

3. The defendant is to possess or have access to a cellphone that will allow video conferencing with the Probation Department.

4. The defendant is subject to the standard and special conditions of supervision that were previously imposed at sentencing held on December 5, 2008.

Dated: July 24, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.